## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Elizabeth Wilson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-cv-227 ADM/SRN |
| vs. | ) |
| | ) |
| Curtis O. Barnes, Individually and | ) |
| Calfin Holdings, LLC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorney, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**SCRIMSHIRE, MARTINEAU, GONKO &
VAVRECK, PLLC**

Dated: March 14, 2009         s/ Mark L. Vavreck
Mark L. Vavreck, Esq.
Attorney I.D.#0318619
Designer's Guild Building
401 North Third Street, Suite 600
Minneapolis, MN 55401
mark@smgvlaw.com
Telephone: (612) 659-9500
Facsimile:  (612) 659-9220

**ATTORNEY FOR PLAINTIFF**